HAMLIN, Justice
(dissenting-).
I respectfully dissent from the majority opinion for the reasons set forth in the original opinion of this Court, of which I was the author, and for the following additional reasons:
This suit involves the interpretation of the provisions of an ambiguous lease executed on a printed form especially prepared by Union Producing Company for its exclusive use in the area involved herein.
As I understand the majority opinion, it construes two conflicting provisions in this printed lease, especially prepared by Union Producing Company, in favor of said Company. This holding, in my opinion, is contrary to the rule set forth in the jurisprudence cited in the original opinion.
There is no rule without a reason. It is my view that one of the reasons for the rule is the protection of the rights of individuals who do not have the resources to participate in .extended litigation, with the expense, annoyance and inconvenience incident thereto, and who many times are compelled to accede to an-interpretation of a printed contract drafted, by those with whom they negotiate, rather than take part in such prolonged expensive, annoying and inconvenient litigation, which they can ill afford.
For these reasons, and for the reasons assigned in the original opinion, I respectfully dissent.